IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HENRY BARROW, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 04-CV-161-JPG |
| | ) |
| DR. VALLABHANENI, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court upon a motion for summary judgment and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendant Nageswararao Vallabhaneni, M.D., in this case, are **DISMISSED without prejudice**.

**DATE: October 6, 2006**

                                      **NORBERT G. JAWORSKI, CLERK**

                                      **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
                **J. PHIL GILBERT**
                **U.S. District Judge**